UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE and SIERRA CLUB, </br></br>Plaintiffs, </br></br>v. </br></br>UNITED STATES FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS, *in her official capacity as Director of the United States Fish and Wildlife*, MICHAEL OETKER, *in his official capacity as Southeast Regional Director of the United States Fish and Wildlife Service*, COUNCIL ON ENVIRONMENTAL QUALIFY, and BRENDA MALLORY, *in her official capacity as Chair of the Council on Environmental Quality,* </br></br>Defendants. | **AMENDED JUDGMENT** </br></br>4:24-CV-73-BO-BM |

**Decision by Court.**
This cause comes before the Court on the parties' cross-motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs' motion for summary judgment [DE 27] is GRANTED IN PART and DENIED IN PART. Defendants' motion for summary judgment [DE 35] is also GRANTED IN PART and DENIED IN PART. Plaintiffs are entitled to judgment in their favor on Claims One through Four of their complaint. Defendant is entitled to judgment in its favor on Claims Five through Eight of the complaint, insofar as these claims are DISMISSED as MOOT.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** defendants have violated the Refuge Act, NEPA, and the AP A as outlined in Claims One through Four of the complaint. The March 2024 Final EA and FONSI are hereby VACATED.

This case is closed.

**This judgment filed and entered on July 23, 2025, and served on:**
Elizabeth Rasheed (via CM/ECF Notice of Electronic Filing)
Kimberly Hunter (via CM/ECF Notice of Electronic Filing)

Nicholas Torrey (via CM/ECF Notice of Electronic Filing)
Ramona McGee (via CM/ECF Notice of Electronic Filing)
Frances Morris (via CM/ECF Notice of Electronic Filing)
Young Kang (via CM/ECF Notice of Electronic Filing)

**PETER A. MOORE, JR., CLERK**

July 23, 2025 /s/Lindsay Stouch
By: Deputy Clerk